```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05160
   ANA B VARGAS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-9789


--------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/04/08 and confirmed on 06/13/08.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  33895.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME             CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC          CURRENT MORTG           .00           .00           .00
CITIMORTGAGE INC          MORTGAGE ARRE      29230.04           .00      29230.04
CAPITAL ONE AUTO FINANCE  SECURED VEHIC           .00           .00           .00
AMERICAN COLLECTION       UNSECURED         NOT FILED           .00           .00
MERRICK BANK              UNSECURED            741.05         16.05        741.05
CHASE HOME FINANCE        CURRENT MORTG           .00           .00           .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  29230.04         .00        741.05         .00      29971.09
PRINCIPAL PAID      29230.04         .00        741.05         .00      29971.09
INTEREST PAID            .00         .00         16.05         .00         16.05
TOTAL PAID          29230.04         .00        757.10         .00      29987.14
The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $   3500.00
and was paid $   1582.00   direct and $   1918.00   through the plan.

The Trustee received $    1964.44 .

Refunds to the Debtor totaled $      25.42 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/17/08                        /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 08 B 05160 ANA B VARGAS
```